UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11-cv-770 |
| v. | ) ) | **COMPLAINT** |
| AURORA HEALTH CARE, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 to correct unlawful employment practices on the basis of race (black) and retaliation, and to provide appropriate relief to La Rhonda K. Tatum, who was adversely affected by such practices. Aurora Health Care subjected Tatum to less favorable terms and conditions of employment and disparate discipline, and terminated her employment because of her race, black.  Aurora Health Care retaliated against Tatum after she filed a complaint with the Equal Employment Opportunity Commission by terminating her employment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the Eastern District of Wisconsin.

1

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, the defendant, Aurora Health Care ("Aurora"), has been a health care provider, doing business in the State of Wisconsin and the City of Milwaukee, and has continuously had at least 15 employees.

5. At all relevant times, Aurora has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, La Rhonda K. Tatum ("Tatum") filed a charge with the Commission alleging violations of Title VII by Aurora. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least April, 2009, Aurora has engaged in unlawful employment practices at its Aurora Sinai Medical Center in violation of Section 703(a) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and § 2000e-3(a). Such practices include, but are not limited to

> a. Subjecting Tatum to different terms and conditions of employment, including performance and behavior standards, than white co-workers, by subjecting Tatum to disparate discipline and denying Tatum the benefit of the progressive disciplinary system, and by denying Tatum the benefit of employer paid courses and counseling to improve her performance and behavior;

b. Retaliating against Tatum after she filed internal complaints and a complaint with the Equal Employment Opportunity Commission, by holding Tatum to higher performance and behavior standards than prior to her charge, by subjecting Tatum to increased scrutiny by conducting an investigation into her performance and behavior, and by terminating Tatum's employment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Tatum of equal employment opportunities and otherwise adversely affect her status as an employee because of her race and her complaints of racial discrimination.

9. The unlawful employment practices complained of in paragraph 7 were and are intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of La Rhonda Tatum.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Aurora Health Care, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination based upon race and/or retaliation.

B. Order Defendant Aurora Health Care to institute and carry out policies, practices, and programs which provide equal employment opportunities for black employees, and employees who report charges of discrimination, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Aurora Health Care to make whole La Rhonda Tatum, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial,

and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement.

    D.    Order Defendant Aurora Health Care to make whole La Rhonda Tatum, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

    E.    Order Defendant Aurora Health Care to make whole La Rhonda Tatum by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

    F.    Order Defendant Aurora Health Care to pay La Rhonda Tatum punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper in the public interest.

    H.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

David Lopez
General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

| | |
|---|---|
| Dated: August 16, 2011 | s/ John C. Hendrickson<br>John C. Hendrickson<br>Regional Attorney |
| Dated: August 16, 2011 | s/ Jean P. Kamp<br>Jean P. Kamp<br>Associate Regional Attorney |
| Dated: August 16, 2011 | s/Camille A. Monahan<br>Camille A. Monahan<br>Trial Attorney |

                                    EQUAL EMPLOYMENT OPPORTUNITY
                                          COMMISSION
                                    Milwaukee Area Office
                                    310 West Wisconsin - Suite 800
                                    Milwaukee, WI 53202
                                    *Telephone*: (414) 297-3548
                                    *Fax:*       (414) 297-3146

                                    *E-mail*:   john.hendrickson@eeoc.gov
                                    *E-mail*:   jean.kamp@eeoc.gov
                                    *E-mail*:   camille.monahan@eeoc.gov